**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**EDWARD KING**                                                                                       **PLAINTIFF**

**v.**                                                             **CIVIL ACTION NO. 3:10-cv-600-CWR-FKB**

**COMMISSIONER OF SOCIAL SECURITY**                                           **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on January 30, 2014 [Docket No. 18], which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days of being served would bar further appeal in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b).  This Court, finding that there has been no submission of written objections by any party, hereby adopts the Report and Recommendation as the order of this Court, and, therefore denies the Plaintiff's Motion for Summary Judgment [Docket No. 12] and grants the Defendant's Motion to Affirm [Docket No. 16].

SO ORDERED, this the 27th day of February, 2014.

                                                 s/Carlton W. Reeves
                                               UNITED STATES DISTRICT JUDGE